```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
      CHARLOTTE DIVISION
         3:13-cv-148-RJC
```

| | |
|---|---|
| ZANE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) **ORDER** |
| ROBERT C. LEWIS, Director of | ) |
| Prisons, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on initial review of Plaintiff's Complaint, filed under 42 U.S.C. § 1983, (Doc. No. 1).

Pro se Plaintiff Zane Johnson, currently incarcerated at Lanesboro Correctional Institution, filed this action on March 8, 2013, pursuant to 42 U.S.C. § 1983. Plaintiff names as Defendants Robert C. Lewis, Director; Kenneth E. Lassiter, Warden; James Rice; Randall J. Speer, Clinical Chaplain; Jackie Parker, Head Dietician Manager; and John Does 1-7. Plaintiff appears to be alleging that Defendants are violating his religious rights under the First Amendment and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. §§ 2000cc-1 to 2000cc-5, by denying him a proper kosher diet in accordance with his religious beliefs as a Hebrew Israelite. However, Plaintiff's factual allegations are mostly illegible. The Court will, therefore, allow Plaintiff twenty days in which to cure this defect by resubmitting his Complaint and the accompanying allegations in legible form so that the Court can clearly read them to determine what specific factual allegations Plaintiff is using to support

1

his claims.

        **IT IS, THEREFORE, ORDERED** that:

1.       Plaintiff shall have twenty (20) days from service of this Order in which to resubmit his Complaint and the accompanying allegations so that the Court can clearly read them. Failure to comply with this Order in a timely manner may result in dismissal of this action with prejudice for failure to prosecute.

    Signed: December 3, 2013

Robert J. Conrad, Jr.
United States District Judge