# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Zane Johnson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00148-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert C. Lewis | ) | |
| Kenneth E. Lassiter | | |
| James Rice | | |
| Wendell Hardgrove | | |
| Randall J. Speer | | |
| Betty Liles | | |
| Jackie Parker | | |
| John Does | | |
| George Silimon**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 3, 2016 Order.

March 3, 2016

Frank G. Johns, Clerk
United States District Court